# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137668 | Zweeli | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/07/2025 0845 | MTA 13-401 (h) |

**Place of Offense:** Sultan Drive Fort Detrick MD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

MTA 13-401(h) Driving with Suspended Registration

### DEFENDANT INFORMATION

**Last Name:** Clements    **First Name:** James    **M.I.:** D

**Street Address:** [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 5FR2241 | MD | A | Ram 150 | | Red |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150 Forfeiture Amount
+ $30 Processing Fee
$ 180 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1520 Freedmen Drive Fort Detrick MD 21702
**Date:** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**X Defendant Signature:** [signed] JD Clements

Original - CVB Copy

*E2137668*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 7th, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

At 0845 HRS while conducting traffic enforcement I observed a Red Ram bearing MD Reg 5FR2241 Traveling W/B on Sultan St. at a high rate of speed. I activated my emergency equipment and Conducted a traffic stop on said vehicle. The Driver Clements was Identified by their driver license. A routine METERS check confirmed that the registration was suspended in May 2024 for VEIP. Clements was issued a CVB for speed.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 08/07/2025   **Officer's Signature:** [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/12/2025 14:48   CVB SCAN 09/12/2025 14:48