# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137667 | ZWECK | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR ☐ USC ☒ State Code |
|---|---|---|
| 08/07/2025  845 | MTA 21-801.1 | |

**Place of Offense:** Sulten Drive Fort Detrick MD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
MTA 21-801.1 Exceed max speed 25mph in a 15mph zone

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Clements | James | D |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 5FR2241 | MD | 19 | RAM/TRK 1500 | | Red |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1520 Freedman Drive Fort Detrick MD 21702
**Date:** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E2137667*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 7th, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

On 20250807 at 0845 HRS I observed a Red Ram Bearing MD REG. 5FR2241 Traveling W/B on Sulten at a high rate of speed. My Visual observation was confirmed by LIDAR with an Audio/Digital Display of 25mph in a clearly posted 15mph zone. I activated my emergency equipment and Conducted a traffic stop. I identified the operator Clements by their Driver's License. Clements was issued one CVB for driving with Suspended Registration as well.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/07/2025  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident